# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-449**
**Effective Date of Registration:**
May 14, 2024
**Registration Decision Date:**
September 12, 2024

## Title

      **Title of Work:** Fire Skull

## Completion/Publication

      **Year of Completion:** 2023
      **Date of 1st Publication:** October 07, 2023
      **Nation of 1st Publication:** United States

## Author

-       **Author:** Starship, LLC
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant

      **Copyright Claimant:** Starship, LLC
      2445 E. 12th Street, Suite A, Los Angeles, CA, 90021, United States

## Certification

      **Name:** Eric Lauritsen
      **Date:** May 14, 2024

**Registration #:** VA0002412449
**Service Request #:** 1-13816607641



Ross LLP
Eric Lauritsen
1900 Avenue of the Stars, Suite 1225
Los Angeles, California 90067