ELLIS GEORGE LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
Lori Sambol Brody (State Bar No. 150545)
  lbrody@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Starship LLC
dba Rockstar Original

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STARSHIP LLC dba ROCKSTAR ORIGINAL,<br><br>              Plaintiff,<br><br>      vs.<br><br>SHEIN DISTRIBUTION CORP.; ROADGET BUSINESS PTE. LTD.; SHEIN TECHNOLOGY LLC; SHEIN US SERVICES LLC;  AND DOES 1-10,<br><br>              Defendants. | Case No. 2:25-cv-11017-SB-PD<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>The Hon. Stanley Blumenfeld, Jr. |

3139552.1

STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Starship LLC dba Rockstar Original ("Plaintiff") and defendants Shein Distribution Corporation, Shein Technology LLC, Shein US Services LLC, and Roadget Business Pte. Ltd. ("Defendants," and together with Plaintiff, the "Parties"), hereby STIPULATE to the following:

1.  The action is dismissed in its entirety with prejudice;

2.  The Parties will each bear their respective costs and attorneys' fees, without any award of costs to any party.

SO STIPULATED.

DATED:  April 28, 2026             ELLIS GEORGE LLP
                                   Keith J. Wesley
                                   Lori Sambol Brody


                                   By:     _/s/Lori Sambol Brody_____
                                   Lori Sambol Brody
                                   Attorneys For Plaintiff Starship LLC

DATED:  April 28, 2026             GREENBERG TRAURIG, LLP
                                   Lori Chang
                                   Valerie W. Ho


                                   By:     _/s/ Lori Chang_____
                                   Lori Chang
                                   Attorneys for Defendants SHEIN
                                   Distribution Corp.; Roadget Business Pte.
                                   Ltd.; SHEIN Technology LLC; SHEIN US
                                   Services LLC

3139552.1                                    -2-
STIPULATION TO DISMISS ACTION WITH PREJUDICE

## FILING ATTORNEY'S ATTESTATION OF SIGNATURES

I, Lori Sambol Brody, attest that all other signatories listed concur in this filing's content and have authorized this filing.

Dated:  April 28, 2026

By: _____*/s/ Lori Sambol Brody*_____
Lori Sambol Brody
Attorneys for Plaintiff Starship LLC

3139552.1

-3-

STIPULATION TO DISMISS ACTION WITH PREJUDICE